UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PAUL C. FEMMEL,                                    Case No.: 11-CV-03091

                      Plaintiff,                          **CONSENT TO CHANGE**
                                                       **ATTORNEY**

-against-

MAURO B. ELEVADO

                      Defendant.
-------------------------------------------------------------------------X

**IT IS HEREBY CONSENTED THAT,** the Law Office of Thomas K. Moore, 701 Westchester Avenue, Suite 101W, White Plains NY 10604, (914) 285-8500, be substituted as attorney of record for the undersigned party in the above-entitled action in place and stead of the Law Office of James J. Toomey, as of the date hereof.

Dated: New York, New York
         November 17, 2011

_____          _____
SCOTT M KARPEL                                          THOMAS K. MOORE
LAW OFFICE OF JAMES J. TOOMEY          LAW OFFICE OF THOMAS K. MOORE
Outgoing Attorneys for Defendant                Incoming Attorneys for
**MAURO B. ELEVADO**                              **MAURO B. ELEVADO**
485 Lexington Avenue, 7th Floor                  701 Westchester Avenue, Suite 101W
New York, New York 10017                         White Plains NY 10604
(917) 778-6600                                            (914) 285-8500

                                                  By: _____
                                                          MAURO B. ELEVADO

State of New York     }
                          }
County of Dutchess  }

On the 25 day of November, 2011, before me, the undersigned, personally appeared **MAURO B. ELEVADO**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she /they executed the same in his/her/their capacity(ies) and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

                                             Caroline M. Bravo
                                     Notary Public - State of New York
                                             01BR6187412
                                     Qualified in Dutchess County
                                  Commission Expires 05-19-2012