```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL C. FEMMEL,

                        Plaintiff,

        -against-

EVERGREEN HOME FOR ADULTS, INC.,
EVERGREEN HOME FOR ADULTS INC. d/b/a
MCCLELLANDS HOME FOR ADULTS &
MORNINGSIDE MANOR HOME FOR SENIORS,
ELEVADO PROPERTIES, INC., and MAURO B.
ELEVADO,

                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2012

**PARTIAL STIPULATION OF DISCONTINUANCE**

Docket No.: 11 CIV 3091 (ER)(GY)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all cross-claims be, and the same hereby are discontinued, with prejudice as against EVERGREEN HOME FOR ADULTS, INC., EVERGREEN HOME FOR ADULTS INC. D/B/A MCCLELLANDS HOME FOR ADULTS & MORNINGSIDE MANOR HOME FOR SENIORS AND ELEVADO PROPERTIES, INC. **ONLY**, without costs to either party as against the other. The action as against MAURO. B. ELEVADO shall continue.

**THIS** Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Tarrytown, New York
       December 5, 2012

CLARK, GAGLIARDI & MILLER, P.C.

By: _____
    Lucille A. Fontana (LF0737)

Attorneys for Plaintiff
PAUL C. FEMMEL
99 Court Street
White Plains, New York 10601
Tele: (914) 946-8900

LAW OFFICE OF THOMAS K. MOORE

By: _____
    ~~Christopher R. Ingrassia (CI250)~~
    Alyson M. Piscitelli (AP0840)

Attorneys for Defendant
MAURO B. ELEVADO
701 Westchester Avenue, Ste 101W
White Plains, New York 10604
Tele: (914) 285-8500

Docket No.: 11 CIV 3091
Paul C. Femmel v. Evergreen Home For Adults, Inc., Evergreen Home For Adults Inc. d/b/a McClellands Home For Adults & Morningside Manor Home For Seniors, Elevado Properties, Inc. and Mauro B. Elevado


LAW OFFICE OF LORI D. FISHMAN

By: _____
    D. Bradford Sessa (DS 8046)

Attorneys for Defendants
EVERGREEN HOME FOR ADULTS, INC.,
EVERGREEN HOME FOR ADULTS INC. d/b/a
MCCLELLANDS HOME FOR ADULTS &
MORNINGSIDE MANOR HOME FOR SENIORS
and ELEVADO PROPERTIES, INC.
120 White Plains Road, Suite 220
Tarrytown, New York 10591
Tele: (914) 524-5732

Dated: Dec. 6, 2012
White Plains, NY

**SO ORDERED:**

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE