# MEMO ENDORSED

## CLARK, GAGLIARDI & MILLER P.C.

### ATTORNEYS & COUNSELORS AT LAW

THE INNS OF COURT

99 COURT STREET

WHITE PLAINS, NEW YORK 10601-4265

(914) 946-8900

FAX (914) 946-8960

HENRY G. MILLER
LAWRENCE T. D'ALOISE, JR.
LUCILLE A. FONTANA
ROBERT J. FRISENDA
ANGELA MORCONE GIANNINI
JOHN S. RAND
DENISE LIOTTA
SARAH J. EAGEN
LYNN S. ROSENTHAL

CLARK & CLOSE (1907)
ROBERT Y. CLARK (1907-1961)
FRANK M. GAGLIARDI (1920-1980)
LEE PARSONS DAVIS (1957-1961)
ELBERT T. GALLAGHER (1974-1977)
JOSEPH F. GAGLIARDI (1988-1992)
LEE P. GAGLIARDI (1956-1972)
MORTON B. SILBERMAN (1979-2007)

*The Status Conference scheduled for Dec. 18, 2012 at 10:30 am is converted to a pre-motion conference. Opposing Counsel is directed to submit a response in writing (not to exceed 3 pages) by Dec. 14, 2012.*

**SO ORDERED:**
Dated: 12/12/12

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

December 7, 2012

*Via Fax (914) 390-4298*

Hon. Edgardo Ramos
United States District Judge
United States Courthouse

Re:    *Femmel v. Elevado et al*
       11 CIV 3091 – CS (ER)

Dear Judge Ramos:

This office represents the plaintiff, Paul C. Femmel, in regard to the above matter.

There is a conference scheduled before Your Honor on December 18th, 2012.

The purpose of this letter is to advise Your Honor that at the conference we would like to discuss the issue of the plaintiff moving for summary judgment.

This automobile accident occurred on February 3, 2009. At that time, Mr. Femmel was operating his 2002 Freightliner Van southbound on State Route 9, in Phillipstown. The defendant, Mr. Elevado, was operating his 2004 Dodge pickup truck in the northbound on State Route 9 when he crossed over into Mr. Femmel's lane sideways causing a t-bone collision that totaled both vehicles and caused injury to Mr. Femmel.

Attached for Your Honor's convenience is a copy of the Police Report.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/12

We further wanted to advise Your Honor that the parties had two mediation sessions with Hon. George A. Yanthis and while some progress was made toward settlement we were not able to resolve the matter.

Respectfully submitted,

Lucille A. Fontana

LAF/ad
CC:
*Via facsimile (914) 285-8510*
Christopher R. Ingrassia, Esq.
LAW OFFICE OF THOMAS K. MOORE

# POLICE ACCIDENT REPORT

New York State Department of Motor Vehicles
MV-104A (8/04)
DMV COPY

Page 1 of 1 Pages

Local Codes: SP3K43000169

☐ AMENDED REPORT

32 905 907 591 526

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 02 | Day 03 | Year 2009 | Tues | 13:58 | 2 | 3 | 0 | Accident Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

## VEHICLE 1

| VEHICLE 1 - Driver License ID Number | | | State of Lic. | VEHICLE 2 - Driver License ID Number | | | State of Lic. |
|---|---|---|---|---|---|---|---|
| 263524644 | | | NY | 016705335 | | | CT |

☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

Driver Name—exactly as printed on license: ELEVADO, MAURO B
Driver Name—exactly as printed on license: FEMMEL, PAUL C

| Address (Include Number & Street) | Apt. No. | Address (Include Number & Street) | Apt. No. |
|---|---|---|---|
| PO BX 308 | | 6 GRAND ST | |

| City or Town | State | Zip Code | City or Town | State | Zip Code |
|---|---|---|---|---|---|
| BEACON | NY | 12508 | DANBURY | CT | 06810 |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 01 | Day 20 | Year 1933 | M | ☐ | 4 | ☐ | Month 01 | Day 25 | Year 1963 | M | ☐ | 1 | ☐ |

| Name—exactly as printed on registration | Sex | Date of Birth | | | Name—exactly as printed on registration | Sex | Date of Birth | | |
|---|---|---|---|---|---|---|---|---|---|
| ELEVADO, MAURO B | M | Month 01 | Day 20 | Year 1933 | COMMERCIAL INSTRUMNT, ALARM | C | Month | Day | Year |

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released | Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released |
|---|---|---|---|---|---|---|---|
| PO BX 308 | | | | 2 SUMMIT CT 306 | | | |

| City or Town | State | Zip Code | City or Town | State | Zip Code |
|---|---|---|---|---|---|
| BEACON | NY | 12508 | FISHKILL | NY | 12524 |

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| CTX5313 | NY | 2004 DODG | PICK | 351 | BGG5832 | NY | 2002 FRHT | VAN | 226 |

| Ticket/Arrest Number(s) | | Ticket/Arrest Number(s) |
|---|---|---|
| 3K4301J0SP | 3K4301J1SP | |

| Violation Section(s) | | Violation Section(s) |
|---|---|---|
| 1180E | 1128D | |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

### VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact [1]
Box 2 - Most Damage [5] [5]
Enter up to three more Damage Codes [3] [4] [5]

### VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact [1] [2]
Box 2 - Most Damage [1] [2]
Enter up to three more Damage Codes [3] [2] [4] [5] [12]

Vehicle Towed: By RODAK'S  To RODAK'S
Vehicle Towed: By RODAK'S  To RODAK'S

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End — Left Turn — Right Angle — Right Turn — Head On
Sideswipe (same direction) — Left Turn — ☒ — Right Turn — Sideswipe (opposite direction)

### ACCIDENT DIAGRAM
See the second page for the accident diagram

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☒ Yes  ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| 9 | Latitude/Northing 590717 | County PUTN   ☐ City ☐ Village ☒ Town of PHILLIPSTOWN, TOWN OF |
| 8 4 0 4 | | Road on which accident occurred ROUTE 9 (Route Number or Street Name) |
| 1 0 6 8 | Longitude/Easting 4585803 | at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) .25 Feet/Miles ☐N ☐S ☒E ☐W of INDIAN BROOK (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes

V1 TRAVELING N/B ON STATE ROUTE 9, V2 TRAVELING S/B ON STATE ROUTE 9, V1 LOST CONTROL OF THE VEHICLE AND SLID INTO THE S/B LANE SUBSEQUENTLY BEING STRUCK BY V2 IN THE PASSENGER SIDE DOOR

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | 76 | M | | | | | | | | ELEVADO, MAURO B | |
| B | 02 | 1 | A | 1 | 46 | M | 4 | 6 | | 9993 | 5908 | | | FEMMEL, PAUL C | |
| C | 01 | 3 | 4 | 1 | 71 | F | 12 | 12 | 6 | 9993 | 1307 | | | ELEVADO, ADORACION | |
| D | 01 | 6 | 4 | 1 | 71 | F | X | 12 | 6 | 9993 | 1307 | | | BOYER, GLORIA | |
| E | 01 | 4 | 4 | 1 | 53 | F | | | | | | | | REYES, ESTEFANY | |

| Officer's Rank and Signature | Trooper | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| Print Name In Full | M. Kos | 1187 | 15902 | K3 | 31 | Nielson, Mark A | 02/08/2009  11:01 |



This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

COMMISSIONER OF MOTOR VEHICLES

32 905 907-511 526
32 905 907-511 526



State Route 9



This is to certify that this document is a true and complete copy of a
record on file in the New York State Department of Motor Vehicles,
Albany, New York.

COMMISSIONER OF MOTOR VEHICLES



ATTORNEYS & COUNSELORS AT LAW

---

THE INNS OF COURT

99 COURT STREET

WHITE PLAINS, NEW YORK 10601-4265

---

HENRY G. MILLER
LAWRENCE T.D'ALOISE, Jr.
LUCILLE A. FONTANA
ROBERT J. FRISENDA
ANGELA MORCONE GIANNINI
JOHN S. RAND
DENISE LIOTTA
SARAH J. EAGEN
LYNN S. ROSENTHAL

(914) 946-8900
FAX (914) 946-8960

CLARK & CLOSE (1907)

ROBERT Y. CLARK (1907-1961)

FRANK M. GAGLIARDI (1920-1980)

LEE PARSONS DAVIS (1957-1961)

ELBERT T. GALLAGHER (1974-1977)

JOSEPH F. GAGLIARDI (1988-1992)

LEE P. GAGLIARDI (1956-1972)

MORTON B. SILBERMAN (1979-2007)

# FOR IMMEDIATE DELIVERY

| FROM: Lucille A. Fontana, Esq. | PAGES: 7 | DATE: December 7, 2012 |
|---|---|---|

| TO: | PHONE NUMBER: | FAX NUMBER: |
|---|---|---|
| Hon. Edgardo Ramos<br>United States District Judge<br>United States Courthouse | (914) 390-4291 | (914) 390-4298 |
| CC: | | |
| Christopher R. Ingrassia, Esq.<br>LAW OFFICE OF THOMAS K. MOORE | (914) 285-8500 | (914) 285-8510 |
| | | |
| | | |

MESSAGE:

Re:   *Femmel v. Elevado et al*
      <u>11 CIV 3091 — CS</u>

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL BACK AS SOON AS POSSIBLE: (914) 946-8900. The information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (of the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth via the U.S. Postal Office.